# McBREEN & KOPKO

ATTORNEYS AT LAW
500 NORTH BROADWAY, SUITE 129
JERICHO, NEW YORK 11753
(516) 364-1095
FAX (516) 364-0612
general@mklawnyc.com

CHICAGO OFFICE
20 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
(312) 332-6405
FAX (312) 332-2657

NEW JERSEY OFFICE
110 SUMMIT AVENUE
MONTVALE, NEW JERSEY 07645
(201) 476-5400
FAX (201) 573-0574

RICHARD A. AUERBACH
LEONARD D. KIRSCH
ROBERT S. MORAN, JR.
NORMAN N. BLUTH
MARGARET GIUGLIANO
KENNETH A. REYNOLDS

RESIDENT PARTNERS IN NEW YORK

NEW YORK CITY OFFICE
482 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NEW YORK 10018
(212) 868-6980

CALIFORNIA OFFICE
9891 IRVINE CENTER DRIVE
SUITE 100
IRVINE, CALIFORNIA 92618
(949) 453-8900
FAX (949) 453-8989

PHILADELPHIA OFFICE
1600 MARKET STREET
SUITE 1805
PHILADELPHIA, PENNSYLVANIA 19103
(215) 864-2600
FAX (215) 864-2610

November 6, 2009

Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

Re: In re: Westhampton Coachworks, Ltd., Case No.: 09-73008-ast
In re: Westhampton Classic Cars d/b/a Manhattan Motorcars of the Hamptons
Case No.: 09-73009-ast
**Hearing regarding Motion of Westhampton Beach Holding LLC to Vacate the Automatic Stay and to Compel Payment of Post Petition Rent and Status Conference Scheduled for December 16, 2009 at 11:00 a.m.**

Dear Honorable Trust,

This letter shall confirm that the Status Conferences regarding the above referenced Chapter 11 cases have been adjourned from November 4, 2009 at 11:00 a.m. to December 16, 2009 at 11:00 a.m. This will further confirm that to the extent that the Motion to Vacate is contested, and an evidentiary hearing is required, the Court will schedule such evidentiary hearing at the conference for a later date.

If you have any questions please do not hesitate to contact the undersigned. Thank you for your courtesy in this matter.

Respectfully Submitted,

/s/ Kenneth A. Reynolds
Kenneth A. Reynolds, Esq.

cc: Alfred M. Dimino, Esq.
Jeffrey B. Hulse, Esq.
Anne M. Peterson, Esq.
Robert W. Dremluk, Esq.
Grade A Petroleum Corp.
Apple Automotive Discount Center
Rapid Recovery Towing, Ltd.